Jeanne L. Zimmer (SBN 123321)
zimmerj@cmtlaw.com
Robert D. Berglund (SBN 234081)
berglunr@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
GLOBAL CREDIT & COLLECTION CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARI BRANCO,<br><br>                Plaintiff,<br><br>vs.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION,<br><br>                Defendant. | CASE NO. 2:11-cv-00067-WBS-DAD<br><br>**NOTICE OF SETTLEMENT OF THE ENTIRE ACTION** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that all parties in the above-entitled lawsuit have agreed to settle the above-entitled lawsuit in its entirety. The parties anticipate that they will complete the settlement, and that the parties will file a Stipulation to Dismiss the entire lawsuit, with prejudice, within 40 days from the date of this Notice.

///

///

///

///

06607.00/174190            **NOTICE OF SETTLEMENT**

1  The parties request that the Court take off calendar all future calendared dates.

2  DATED: May 4, 2011                        CARLSON & MESSER LLP

3

4                                            By: /s/ Robert D. Berglund
                                                 Jeanne L. Zimmer
5                                                Robert D. Berglund
                                                 Attorneys for Defendant,
6                                                GLOBAL CREDIT & COLLECTION
                                                 CORPORATION
7

8  DATED: May 4, 2011                        CONSUMER LEGAL SERVICES AMERICA
9

10
                                             By: /s/ Sue Anne Melnick
11                                               Sue Anne Melnick
                                                 Attorneys for Plaintiff,
12                                               SARI BRANCO

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

06607.00/174190                          **NOTICE OF SETTLEMENT**