JEANNE L. ZIMMER (SBN 123321)
ZimmerJ@cmtlaw.com
ROBERT D. BERGLUND (SBN 234081)
BerglunR@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
GLOBAL CREDIT & COLLECTION
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| SARI BRANCO,<br><br>        Plaintiff,<br><br>vs.<br><br>GLOBAL CREDIT AND COLLECTION CORPORATION,<br><br>        Defendant. | CASE NO. 2:11-cv-00067-WBS-DAD<br><br>**STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant GLOBAL CREDIT & COLLECTION CORPORATION ("Defendant"), by and through its respective counsel of record, Robert D. Berglund, and by Plaintiff SARI BRANCO ("Plaintiff"), by and through her respective counsel of record, Sue Anne Melnick, that Plaintiff shall dismiss, with prejudice, the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

STIPULATION RE: DISMISSAL OF ENTIRE ACTION

06607.00/175071

above-entitled lawsuit in entirety as to all parties named therein, pursuant to FRCP 41(a)(1).

DATED: June 3, 2011                **CONSUMER LEGAL SERVICES AMERICA**

By: /s/ Sue Anne Melnick
Sue Anne Melnick
Attorneys for Plaintiff,
SARI BRANCO

DATED: June 3, 2011                **CARLSON & MESSER LLP**

By: /s/ Robert D. Berglund
Jeanne L. Zimmer
Robert D. Berglund
Attorneys for Defendant,
GLOBAL CREDIT & COLLECTION
CORPORATION

STIPULATION RE: DISMISSAL OF ENTIRE ACTION

06607.00/175071