UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| SARI BRANCO, ) | CASE NO. 2:11-cv-00067-WBS-DAD |
| ) | |
| Plaintiff, ) | |
| ) | **[PROPOSED] ORDER GRANTING** |
| vs. ) | **STIPULATION RE DISMISSAL OF** |
| ) | **ENTIRE ACTION AND ALL PARTIES,** |
| GLOBAL CREDIT AND COLLECTION ) | **WITH PREJUDICE** |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

The Court has reviewed the Stipulation of Defendant GLOBAL CREDIT & COLLECTION CORPORATION ("Defendant"), by and through its respective counsel of record, Robert D. Berglund, and by Plaintiff SARI BRANCO ("Plaintiff"), by and through her respective counsel of record, Sue Anne Melnick, to dismiss the above-entitled action, with prejudice, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: June 7, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE